#599559                                                                                                              5445-6

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| BARBARA M. DEPASQUALE, ) | |
| ) | |
| Plaintiff, ) | Civil No. 3:13-CV-01073 (AWT) (DFM) |
| ) | |
| v. ) | Hon. Alvin W. Thompson |
| ) | |
| DUNKIN' BRANDS, INC., DD IP ) | Magistrate Judge Donna F. Martinez |
| HOLDER LLC, and DUNKIN' BRANDS ) | |
| GROUP, INC., ) | |
| ) | |
| Defendants. ) | February 19, 2014 |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56 and Local Rule 7 and 56, Dunkin' Brands, Inc., DD IP Holder LLC and Dunkin' Brands Group, Inc. (collectively Dunkin') move for summary judgment on all counts of the Complaint and in support thereof, state as follows:

1.  All of DePasquale's claims set forth in the Complaint are based on two takedown notices Dunkin' issued to eBay and Amazon advising that the unauthorized resale of Dunkin' K-Cups violates its intellectual property rights. As a result, certain listings of Dunkin' K-Cups offered by DePasquale were removed.

2.  The Complaint contains counts for tortious interference with contract, tortious interference with prospective economic advantage, violation of the Connecticut Unfair Trade Practices Act and a count seeking a declaratory judgment that DePasquale's resale of Dunkin' K-Cups does not constitute trademark infringement or trademark dilution.

3.  The evidence demonstrates that DePasquale cannot prove the elements of her CUTPA and tort claims as a matter of law.

**ORAL ARGUMENT REQUESTED**

4. With respect to the declaratory judgment claim, the evidence demonstrates that Dunkin' is entitled to judgment in its favor on the trademark dilution claim as a matter of law because Dunkin's trademarks are famous and DePasquale's resale of Dunkin' K-Cups is likely to dilute the quality of the marks by tarnishment. This Court need not decide whether DePasquale's conduct constitutes trademark infringement since Dunkin' is not seeking damages from DePasquale.

5. Dunkin' submits its Memorandum of Law, Local Rule 56(a)1 Statement and exhibits thereto in support of its Motion.

WHEREFORE, Dunkin' respectfully requests that judgment be entered in its favor on all counts of the Complaint and for such further relief as this Court deems proper.

**Dunkin' Brands, Inc., DD IP Holder LLC, and Dunkin' Brands Group, Inc.,**

By: /s/ Jacqueline Criswell

TRESSLER LLP
Jacqueline Criswell (phv06304)
233 S. Wacker Drive, 22nd Floor
Chicago, Illinois 60606
Tel: (312) 627-4000
Fax: (312) 627-1717
jcriswell@tresslerllp.com

and

SHIPMAN & GOODWIN LLP
Patrick Fahey (ct13862)
One Constitution Plaza
Hartford, Connecticut 06103
Tel: (860) 251-5824
Fax: (860) 251-5219
pfahey@goodwin.com
Their Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that on February 19, 2014, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing as indicated below. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

    /s/ Jacqueline Criswell
TRESSLER LLP
233 S. Wacker Drive, 22nd Floor
Chicago, Illinois 60606
Tel: (312) 627-4000
Fax: (312) 627-1717
jcriswell@tresslerllp.com