AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court **DISTRICT OF CONNECTICUT** on the following

☑ Trademarks or   ☐ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>3:13CV1073 (AWT) | DATE FILED<br>7/29/2013 | U.S. DISTRICT COURT<br>DISTRICT OF CONNECTICUT |
|---|---|---|
| PLAINTIFF<br>BARBARA M. DEPASQUALE | | DEFENDANT<br>DUNKIN BRANDS, INC., ET AL. |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| See Attached |

| CLERK<br>ROBERTA D. TABORA | (BY) DEPUTY CLERK<br>ROBERT WOOD | DATE<br>2/26/2014 |
|---|---|---|

**Copy 1**—Upon initiation of action, mail this copy to Director   **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director   **Copy 4**—Case file copy

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BARBARA M. DEPASQUALE      :
                           :
    Plaintiff,             :
                           :     CASE NO. 3:13CV1073 (AWT)
V.                         :
                           :
DUNKIN' BRANDS, INC.,      :
DD IP HOLDER, LLC.,        :
DUNKIN' BRANDS GROUP, INC. :
                           :
    Defendants.            :

ORDER

The parties have reported that this action has been settled in full. Rather than continue to keep the case open on the docket, the Clerk is directed to administratively close the file without prejudice to reopening on or before March 28, 2014.

If the parties wish to file a stipulation of dismissal (for approval by the court or simply for inclusion in the court's file), they may do so on or before March 28, 2014.

The dates sets for in this order may be extended for good cause pursuant to a motion filed in accordance with Local Rule 7(b).

So Ordered.

Dated at Hartford, Connecticut this 26th day of February, 2014.

           /s/ AWT
Alvin W. Thompson
United States District Judge